UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Douglas Lanphere, 2850 SW Cedar Hills Blvd., #20, Beaverton, OR 97005**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address
Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**LCD HOLDING, LLC**
**Robert Alan Walther, Registered Agent**
**13625 SW Farmington Rd., Beaverton, OR 97005**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| **07/20/2026** | **/s/ Iris Porter** |
| Date | Signature |
| | **Iris Porter** |
| | Print Name |
| | **1211 SW Fifth Ave., Ste. 2700** |
| | Address |
| | **Portland, OR 97204** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re **GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**GOLDEN PARACHUTE HOLDINGS, LLC**
**Registered Agents Inc, Registered Agent**
**5441 S Macadam Ave., STE. A, Portland OR 97239**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| **07/20/2026** | **/s/ Iris Porter** |
| Date | Signature |
| | **Iris Porter** |
| | Print Name |
| | **1211 SW Fifth Ave., Ste. 2700** |
| | Address |
| | **Portland, OR 97204** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re **GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**LEGACY CANNABIS DISTRIBUTION, LLC**
**Registered Agents Inc, Registered Agent**
**5441 S Macadam Ave., STE. A, Portland OR 97239**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address
Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**NW HIGH OCTANE, LLC**
**Georgene Arbon, Registered Agent**
**29571 SW Kings Ct., Wilsonville, OR 97070**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address

Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**ABIDE OPERATIONS, LLC**
**TT Administrative Services, LLC, Registered Agent**
**1300 SW Fifth Avenue, Suite 2400, Portland OR 97201**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address

Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Jeffrey Arbon, 29571 SW Kings Ct., Wilsonville, OR 97070**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**07/20/2026**
Date

**/s/ Iris Porter**
Signature

**Iris Porter**
Print Name

**1211 SW Fifth Ave., Ste. 2700**
Address

**Portland, OR 97204**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re **GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**ARBON ENTERPRISES, INC.**
**TT Administrative Services, LLC, Registered Agent**
**1300 SW Fifth Avenue, Suite 2400, Portland OR 97201**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**07/20/2026**
Date

**/s/ Iris Porter**
Signature

**Iris Porter**
Print Name

**1211 SW Fifth Ave., Ste. 2700**
Address

**Portland, OR 97204**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Robert D. Lanphere Jr., 50 Lakefront Dr., Henderson, NV 89011-3809**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address
Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**HERBAN RENEWAL, LLC**
**Douglas W Lanphere, Registered Agent**
**2955 NE Cornell, Hillsboro OR 97124**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address
Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**London Stricklin, 1540 SW Cloverdale Way, Beaverton, OR 97003**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address
Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**ALLIED PERSONNEL SERVICES, LLC**
**Douglas W Lanphere, Registered Agent**
**2955 NE Cornell, Hillsboro OR 97124**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**07/20/2026**
Date

**/s/ Iris Porter**
Signature

**Iris Porter**
Print Name

**1211 SW Fifth Ave., Ste. 2700**
Address

**Portland, OR 97204**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re **GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**PERENNIAL OPERATIONS TECHNOLOGY, LLC**
**Douglas W Lanphere, Registered Agent**
**2955 NE Cornell, Hillsboro OR 97124**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

07/20/2026
Date

/s/ Iris Porter
Signature

Iris Porter
Print Name

1211 SW Fifth Ave., Ste. 2700
Address

Portland, OR 97204

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Georgene Arbon, 29571 SW Kings Ct., Wilsonville, OR 97070**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**07/20/2026**
Date

**/s/ Iris Porter**
Signature

**Iris Porter**
Print Name

**1211 SW Fifth Ave., Ste. 2700**
Address

**Portland, OR 97204**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**GREEN OREGON ENTERPRISES, INC.**<br><br>Debtor(s)<br>**CANDACE AMBORN, as Trustee**<br><br>Plaintiff(s)<br>v.<br>**DOUGLAS LANPHERE, et al.**<br><br>Defendant(s) | Case No. **24-31948-dwh7**<br>☐ Amended<br><br>Adv. Proc. No. **26-03055-dwh**<br><br>**CERTIFICATE OF SERVICE** |

*Instruction to Filer: See Local Bankruptcy Form (LBF) ADV, Procedures re: Filing an Adversary Proceeding Complaint, for more information about service of a summons.*

I, **Iris Porter** (name), certify that service of this summons and a copy of the complaint was made on **07/17/2026** (date) by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**PLATINUM PARACHUTE HOLDINGS, LLC**
**Douglas W Lanphere, Registered Agent**
**2955 NE Cornell, Hillsboro OR 97124**

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: the defendant was served as follows (describe briefly):

State Law: The defendant was served pursuant to the laws of the State of ______ as follows (describe briefly):

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**07/20/2026**
Date

**/s/ Iris Porter**
Signature

**Iris Porter**
Print Name

**1211 SW Fifth Ave., Ste. 2700**
Address
**Portland, OR 97204**

SUM2 (12/12/23) jd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 13, 2026

Clerk, U.S. Bankruptcy Court

BY **jd** DEPUTY

In re
**Green Oregon Enterprises, Inc.**
Debtor(s)

Case No. 24−31948−dwh7

**Candace Amborn, Trustee**
Plaintiff(s)

v.

**Douglas Lanphere,**
**London Stricklin,**
**JEFFREY ARBON,**
**Robert Lanphere Jr.,**
**Georgene Arbon,**
**PLATINUM PARACHUTE HOLDINGS, LLC,**
**Herban Renewal, LLC,**
**Arbon Enterprises, Inc.,**
**Perennial Operations Technology, LLC,**
**NW High Octane, LLC,**
**Legacy Cannabis Distribution, LLC,**
**Abide Operations, LLC,**
**Golden Parachute Holdings, LLC,**
**Allied Personnel Services, LLC,**
**LCD HOLDING, LLC**
Defendant(s)

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

Adv. Proc. No. 26−03055−dwh

To the defendant named in the enclosed complaint:

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies must file an answer or motion to the complaint within 35 days.

Address of the clerk: 1050 SW 6th Ave. #700, Portland, OR 97204

At the same time, you must also serve a copy of the answer or motion on the plaintiff's attorney, LEARON JOHN BIRD, at Jordan Ramis, PACWEST, 27th Floor, 1211 SW Fifth Avenue, Portland, OR 97204,

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Any document regarding this matter must include both the adversary proceeding number and the bankruptcy case number.

**NOTICE IS GIVEN THAT:**

1. A pretrial conference concerning this complaint has been set for:

   **DATE:** 9/1/26 **TIME:** 09:00 AM

   **LOCATION:** Telephone Hearing −Dial (855) 244−8681, Access Code 2319 199 8338#

2. Each participant must comply with each hearing requirement listed on the back of, or attached to, this notice. If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.

3. At the pretrial conference, the parties should be prepared to discuss the following:

   a. Pretrial scheduling: whether this action should be subject to the standard pretrial schedule, or if the schedule should be adjusted. The standard schedule provides for the following deadlines:

| Deadline | # days after pretrial conference |
|---|---|
| Deadline to join parties | 56 |
| Deadline to amend pleadings | 56 |
| Deadline to complete discovery | 84 |
| Deadline to file all pretrial,discovery,and dispostive motions (including motions for summary judgment) | 91 |

b. Application of Federal Rule of Civil Procedure (FRCP) 26: whether the parties should be required to hold a discovery planning conference under FRCP 26(f) and make a report, and whether the parties should be required to make initial disclosures under FRCP 26(a)(1), and if so, the appropriate deadlines for these to be completed.

c. Scope of discovery: whether the scope of discovery should be limited.

d. The trial date: when the trial should be set and how long it is likely to be. The trial date is typically set approximately 150 days after the pretrial conference, but may be set sooner or later.

e. Pretrial order: whether a pretrial order should be required and, if so, the deadline for submission of the proposed pretrial order to the court. The standard deadline for submission of pretrial orders, if required, is 28 days before trial.

f. The deadlines for trial submissions: whether this action should be subject to the standard deadlines, or if the deadlines should be adjusted. The standard deadlines for trial submission are:

| **Deadline** | **# days before trial** |
|---|---|
| Deadline to disclose expert testimony under FRCP 26(a)(2) | 28 |
| Deadline to file witness lists under FRCP 26(a)(3)(A)(i) | 14 |
| Deadline to to file exhibit lists and copies of exhibits under FRCP 26(a)(3)(A)(iii) | 14 |
| Deadline to joint statement of agreed facts | 14 |
| Deadline to file any trial briefs | 14 |
| Deadline to file designation of testimony to be presented by deposition under FRCP 26(a)(3)(A)(ii) | 14 |
| Deadline to disclose rebuttal expert testimony under FRCP 26(a)(2)(D)(ii) | 14 |
| Deadline to file objections to witness testimony to be presented by deposition | 7 |
| Deadline to object to authenticity of exhibits | 7 |

g. Settlement: whether the parties are willing to participate in a judicial settlement conference, and if so, when it should occur.

h. Any other matters the parties believe will lead to a fair and expeditious resolution of this action.

The parties are encouraged to discuss and reach agreement on these topics to the extent possible before the pretrial conference.

4. **If a defendant does not file a timely response to the complaint, or file a motion for an extension of time to respond to the complaint, the plaintiff may seek an order of default against that defendant before the pretrial conference. If an order of default is entered as to all defendants, the court will cancel the pretrial conference.**

5. When a party first files a document in this case, that party must, on the same day, file a completed Local Bankruptcy Form ADV−A (see Local Bankruptcy Rule 7004−1(d)).

If you have any questions, you should see your attorney immediately. If you do not have an attorney and need help finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636, or obtain further information online at: www.osbar.org/public/ris/.

/s/ Kirsten S Wilkinson
Clerk, U.S. Bankruptcy Court

Date of issuance: 7/13/26

Adversary Proceeding No. 26−03055−dwh

**TELEPHONE HEARING REQUIREMENTS**

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

**CERTIFICATION OF SERVICE OF SUMMONS**
Adversary Proceeding No. 26−03055−dwh

*Instructions to Filer:*

*You may use this form to file certification of service of summons with the court or, alternatively, use the fillable–PDF version, Local Bankruptcy Form (LBF) 305, located on the court's website (www.orb.uscourts.gov/forms). See LBF ADV,* Procedures re: Filing an Adversary Proceeding Complaint, *for more information about service of summons.*

I, ________________________________ *(name)*, certify that service of this summons and a copy of the complaint was made on ______________ *(date)* by *(enter "N/A" for service methods that do not apply)*:

- Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

- Personal Service: By leaving the process with the defendant or with an office or agent of defendant at:

- Residence Service: By leaving the process with the following adult at:

- Certified Mail Service on an Insured Depository Institution: By Sending the process by certified mail addressed to the following officer of the defendant at:

- Publication: the defendant was served as follows *(describe briefly)*:

- State Law: The defendant was served pursuant to the laws of the State of ______________ as follows *(describe briefly)*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the the foregoing is true and correct.

| | |
|---|---|
| ______________ | ________________________________ |
| Date | Signature |
| | ________________________________ |
| | Print Name |
| | ________________________________ |
| | Address |
| | ________________________________ |